Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Brenda Zamora

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Brenda Zamora<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAPITAL ONE BANK, N.A.<br><br>　　　　Defendant. | Case No.: 2:21-cv-01175-MWF-AGR<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT CAPITAL ONE BANK, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Brenda Zamora and defendant Capital One Bank, N.A., have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Capital One Bank, N.A. within 10 days once the settlement is finalized. Plaintiff's counsel sincerely apologizes to the Court for not filing this notice earlier.

Dated: April 20, 2021

　　　　　　　　　　　　　　　　**Gale, Angelo, Johnson, & Pruett, P.C.**
　　　　　　　　　　　　　　　　/s/ *Joe Angelo*
　　　　　　　　　　　　　　　　Joe Angelo
　　　　　　　　　　　　　　　　Attorney for Plaintiff

NOTICE OF SETTLEMENT - 1