JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| BRENDA ZAMORA, | Case No.: 2:21-cv-01175-MWF-AGR |
| Plaintiff, | **ORDER** |
| vs. | |
| CAPITAL ONE BANK (USA), N.A. | |
| Defendant. | |

Pursuant to the stipulation of the Parties, Capital One Bank (USA), N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: April 23, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge